HARRY NEWMAN, Respondent, v. ANNA NEWMAN, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

NEW YORK MILITARY ACADEMY, Respondent, v. EMMOTT HOWD, Appellant.— Judgment unanimously affirmed, with costs. Defendant offered no evidence of violation of the agreement. If the various representations claimed by defendant were actually made, there was no proof of any of the grievances alleged in the answer. (*Van Brink* v. *Lehman*, 199 App. Div. 784.) Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

ANTHONY NIESEN, Respondent, v. GENERAL MOTORS CORPORATION, Appellant, Impleaded with CLARENCE S. ELLEN and KENNETH L. JEFFERY, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kelly, Jaycox, Kelby and Young, JJ., concur.

EDWARD J. NUGENT, Respondent, v. MORRIS SAMUELS, Appellant.— Final order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

LEAH PERLMAN, Appellant, v. BROOKLYN CITY RAILROAD COMPANY, Impleaded with HARRY PERLMAN, Respondent.— Judgment and order unanimously affirmed, with costs, upon opinion by Mr. Justice Kapper at Special Term. [Reported in 117 Misc. Rep. 353.] Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

PREMIUM DAIRY COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

JOHN C. PRENDERGAST, Respondent, v. GARMENT CENTRE REALTY Co., INC., Defendant, and MACK KANNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE PERRY PHILLIPS, Appellant.— We are of opinion that the requirement of Penal Law, section 2013, that " No conviction can be had for rape or defilement upon the testimony of the female defiled, unsupported by other evidence," does not apply to a charge of attempt to commit rape, which is a separate and distinct crime. (*People* v. *Kirwan*, 22 N. Y. Supp. 160.)* Judgment of conviction of the County Court of Orange county affirmed. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

* See Penal Law, §§ 2, 261.— [REP.